**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)  David M Laz          Case No. 18-16460    Chapter  7

All Cases:   Moving Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2             Date Case Filed  6/8/18

Nature of Relief Sought:   X  Lift Stay      ___ Annul Stay      ___ Other (describe) _____

Chapter 13:   Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7:    ____ No-Asset Report filed on _____
              X    No-Asset Report not Filed, Date of Creditor's Meeting: 07/10/2018

1. Collateral
   a. Home  X
   b. Car   ___           Year, Make and Model_____
   c. Other _____

2. Balance Owed as of 06/27/2018: $1,181,299.45
   Total of all other Liens against Collateral: $3,650.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $500,000.00, per Debtor's Schedules.

5. Default
   a.   X   Total Default as of 06/27/2018
           Number of months  118   Amount  $744,284.44

   b.   ___ Post-Petition Default
        i.   ___ On direct payments to the moving creditor
                 Number of months _____   Amount _____

        ii.  ___ On payments to the Standing Chapter 13 Trustee
                 Number of months _____      Amount _____

6. Other Allegations
   a.   ___ Lack of Adequate Protection § 362(d)(1)
        i.   ___ No insurance
        ii.  ___ Taxes unpaid         Amount _____
        iii. ___ Rapidly depreciating asset
        iv.  ___ Other (describe)_____

   b.   X   No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.   ___ Other "Cause" § 362(d)(1)
        i.   ___ Bad faith (describe) _____
        ii.  ___ Multiple filings
        iii. ___ Other (describe)_____

   d.   Debtor's Statement of Intention regarding the Collateral
        i.   X   Retain              ii.  ___ Redeem
        iii. ___ Surrender           iv.  ___ No Statement of Intention Filed

Date:  6/28/2018                                    /s/ Jose Moreno
                                                    Counsel for Movant

(Rev.12/21/09)