UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JANET S. BAER | Hearing Date | July 6, 2018 |
| Bankruptcy Case | 18-16460 | Adversary No. | |

Title of Case In re: David M. Laz

Brief Statement of Motion: Deutsche Bank National Trust Company's Motion for Relief from Stay (Dkt #16)

Names and Addresses of moving counsel: See Attached Service List

Representing

## ORDER

**IT IS HEREBY ORDERED that:**

Debtor's response is due to be filed on or before July 20, 2018.

Movant's reply is due to be filed on or before July 27, 2018.

Set for status on August 3, 2018 at 11:00 A.M. in Room 240, 100 S. 3rd St., Geneva, IL 60134.

By: /s/ Janet S. Baer

Janet S. Baer