# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

IN RE:                                             CASE NO.: 18-16460
                                                                           CHAPTER 7

David M Laz,

     Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of REVERSE MORTGAGE SOLUTIONS, INC. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                       Robertson, Anschutz & Schneid, P.L.
                                       Authorized Agent for Secured Creditor
                                       6409 Congress Ave., Suite 100
                                       Boca Raton, FL 33487
                                       Telephone: 561-241-6901
                                       Facsimile: 561-997-6909
                                       By: /s/Can Guner
                                       Can Guner, Esquire
                                       Email: cguner@rasflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DAVID M LAZ
2110 BABST CT.
LISLE, IL  60532

BRENDA PORTER HELMS, ESQ
CHAPTER 7 TRUSTEE
THE HELMS LAW FIRM, P.C.
3400 WEST LAWRENCE
CHICAGO, IL  60625

PATRICK S LAYNG
219 S DEARBORN ST
ROOM 873
CHICAGO, IL  60604

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Can Guner
Can Guner, Esquire
Email: cguner@rasflaw.com