Official Form 420B (Notice of Objection to Claim) (12/16)

# United States Bankruptcy Court

Northern District of Illinois

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 20 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

In re David M. Laz

[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Debtor

Address 2110 Babst Ct.
Lisle, Il. 60532

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)..(if any): 7199

Employer's Tax Identification (EIN) No(s).(if any): _____

Case No. 18-16460

Chapter 7

## NOTICE OF OBJECTION TO CLAIM

David M. Laz _____ has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before _(date)_, you or your lawyer must:

{If required by local rule or court order.}

[File with the court a written response to the objection, explaining your position, at:

{address of the bankruptcy clerk's office} U.S. Bankruptcy Court Eastern Division 219 S. Dearborn Chicago, IL 60604

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:
Jose Moreno, Codilis & Associates, P.C. 15W030 North Frontage Road, Su
{objector's attorney's name and address} Burr Ridge, IL 60527
Brenda Porter Helms, Interim Trustee, 3400 W Lawrence,
{names and addresses of others to be served} Chicago, IL 60625

Attend the hearing on the objection, scheduled to be held on _(date)_, _(year)_, at ___ a.m./p.m. in Courtroom 240, United States Bankruptcy Court, {address}. Kane County Courthouse 100 S. Third St. Geneva, Il.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: June 20, 2018

Signature: _[signed]_
Name: David M. Laz
Address: 2110 Babst Ct.
Lisle, Il. 60532