Form definmgt

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

David M Laz
2110 Babst ct.
Lisle, IL 60532
SSN: xxx−xx−7199  EIN: N.A.

Case No. : 18−16460
Chapter : 7
Judge : Janet S. Baer

---

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES**
**OF REQUIRED DOCUMENT FOR DISCHARGE**

   Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Certification About a Financial Management Course (Official Form 423) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

   A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

   Official Form 423 is available at our website at www.ilnb.uscourts.gov/Forms/

   You must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 423, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

   If you are represented by an attorney, please contact your attorney for guidance.

   If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: August 9, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court