# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

|  |  |
|---|---|
| Date | August 17, 2018 |
| Bankruptcy Case Number | 18 B 16460 |
| Case Name | David M. Laz |
| Notice of Appeal Filed | August 16, 2018 |
| Appellant | David M. Laz |
| District Court Number | 18 cv 05620 |
| District Court Judge | Edmond E. Chang |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

| | |
|---|---|
| ✓ Notice of Appeal | ✓ NOA Unpaid Fee Due |
| ☐ Cross Appeal | ✓ Copy of Docket Sheet |
| ✓ D.C. Civil Coversheet | ✓ Judgment/Order Being Appealed |
| ✓ Transmittal Letter | ☐ Informa Pauperis |

Additional Items Included

☐ _____

Previous D C Judge _____    Case Number _____

By Deputy Clerk  Ms. Charlie Green

Rev 03/2015bb