**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

Date _____

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Case Number _____

Case Name _____

Notice of Appeal Filed _____

Appellant _____

District Court Number _____

District Court Judge _____

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

☐ Notice of Appeal                ☐ NOA Unpaid Fee Due
☐ Cross Appeal                    ☐ Copy of Docket Sheet
☐ D.C. Civil Coversheet           ☐ Judgment/Order Being Appealed
☐ Transmittal Letter              ☐ Informa Pauperis

Additional Items Included

☐ _____
_____
_____
_____
_____

Previous D C Judge _____      Case Number _____

By Deputy Clerk _____

Rev 03/2015bb