**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: David M. Laz, Debtor, | |
| Plaintiff, | |
| v. | Case No.: 1:18-cv-16460 |
| Deutsche Bank National Trust Co. for Morgan Stanley IXIS Real Estate Capital Trust 2006-2 Mortgage pass Through Certificates, Series 2006-2, | Chapter 7 |
| | Hon. Janet S. Baer |
| Defendants. | |

**ORDER ON DEUTSCHE BANK NATIONAL TRUST CO. FOR MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2'S MOTION TO DISMISS ADVERSARY COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

This Matter Coming to Be Heard on Defendant's Motion to Dismiss Adversary Complaint for Lack of Subject Matter Jurisdiction, due notice given and the Court fully advised herein; IT IS HEREBY ORDERED that Defendant's Motion is Granted and Plaintiff's Adversary Complaint is hereby dismissed with prejudice.

ENTERED:

By: _____
     Hon. Janet S. Baer

302464749v1 1012445

**Order Prepared By:**
Adam L. Saper (#6256627)
D.L. Morriss (#6297242)
HINSHAW & CULBERTSON LLP
151 N. Franklin, Fl. 25
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
asaper@hinshawlaw.com
dmorriss@hinshawlaw.com

302464749v1 1012445