UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DAVID M. LAZ, | ) | CASE NO. 18-16460 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss,** previously scheduled for hearing on **Friday, September 28, 2018, at 11:00 a.m** before the Honorable Janet S. Baer, Bankruptcy Judge, in Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, Illinois, or before any other Bankruptcy Judge who may be sitting in her place, will *not* be presented and is withdrawn.

BY:   /S/ *Denise A. DeLaurent*
        Denise A. DeLaurent, Attorney
        Office of the U.S. Trustee
        219 South Dearborn Room 873
        Chicago, Illinois  60604
        (312) 886-3326

## CERTIFICATE OF SERVICE

I, Denise A. DeLaurent, an attorney, state that on September 17, 2018, pursuant to Local Rule 9013-1(D) the above **NOTICE OF WITHDRAWAL** was filed and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated.

/S/     *Denise A. DeLaurent*

## SERVICE LIST
**Registrants Served Through the Court's Electronic Notice for Registrants**

- Peter C Bastianen    ND-Four@il.cslegal.com
- Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
- Kathryn A Klein    iln@riezmanberger.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jose G Moreno    nd-one@il.cslegal.com
- Daniel L Morriss    dmorriss@hinshawlaw.com, izielinski@hinshawlaw.com,courtfiling@hinshawlaw.com
- Adam L Saper    asaper@hinshawlaw.com, courtfiling@hinshawlaw.com,cwoods@hinshawlaw.com

**Parties Served via First Class Mail**

David M. Laz
2110 Babst Ct.
Lisle, IL 60532

Reverse Mortgage Solutions, Inc.
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487