# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn

Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

| | |
|---|---|
| Date | September 17, 2018 |
| Bankruptcy Case Number | 18 B 16460 |
| Case Name | David M. Laz |
| Notice of Appeal Filed | August 16, 2018 |
| Appellant | David M. Laz |
| District Court Number | 18 cv 05620 |
| District Court Judge | Edmond E. Chang |

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

Dear Sir:

Pursuant to **Bankruptcy Rule 8010** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- [✓] Designation and Statement of Issues
- [✓] Transmittal Letter
- [✓] Copy of Docket Sheet
- [ ] Exhibits
- [✓] Transcript(s)

Additional Items Included

- [ ] _____

[ ] Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

- [✓] Restricted Transcript regarding Hearing Held 8-3-2018

Previous D C Judge _____    Case Number _____

By Deputy Clerk   Ms. Charlie Green

Rev 03/2015bb