UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JANET S. BAER | Hearing Date | October 1, 2018 |
| Bankruptcy Case No. | 18 BK 16460 | Adversary No. | |

Title of Case In re: David M Laz

Brief Statement of Motion: Reverse Mortgage Solutions, Inc.'s Motion for Relief from Stay (Dkt #36)

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

**IT IS HEREBY ORDERED that:**

Response is due to be filed on or before October 26, 2018.

Set for status on November 30, 2018 at 11:00 A.M. in Courtroom 240, 100 S. Third St., Geneva, IL 60134.

By: /s/ Janet S. Baer    MLU

Janet S. Baer