UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-16460 |
| | ) | Chapter 7 |
| | ) | |
| DAVID M. LAZ | ) | |
| | ) | |
| | ) | |
| Debtor | ) | Judge Janet S. Baier |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 03 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

### NOTICE OF FILING/PROOF OF SERVICE

TO:  Brenda Porter Helms, Interim Trustee, 3400 W Lawrence, Chicago, IL 60625
Kathryn A. Klein, Esq., 770 Bonnhomme, 7th Floor, St. Louis, Mo. 63105

**YOU ARE HEREBY NOTIFIED** that on the 3rd day of December, 2018, before the hour of 5:00 p.m. I caused to be filed with the Clerk of the US District Court, Northern District, Illinois Eastern Division the documents listed below and served the above named parties the following documents:

**MOTION TO DISMISS REVERSE MORTGAGE SOLUTIONS INC.,
MOTION TO MODIFY AUTOMTIC STAY**

_____
David M. Laz

David M. Laz,
2110 Babst Ct.
Lisle, Il. 60532
(630) 689-6469
dlaz0109@sbcglobal.net

### PROOF OF SERVICE

The undersigned certifies that he served a copy of this notice and referenced pleadings by

Mailing a copy to each person to whom it is directed and depositing the same by depositing the same in the United States mail, postage prepaid, at Lisle, Illinois before the hour of 5:00 p.m. on December 3, 2018

_____
David M. Laz